In the Matter of the Application of BORIS SAID and Others, Stockholders in the EITINGON SCHILD Co., INC., for the Appointment of Three Persons to Appraise the Value of Their Stock, Petitioners, Appellants. In the Matter of the Application of ISIDOR TACHNA, a Stockholder of EITINGON SCHILD Co., INC., for the Appointment of Appraisers to Appraise the Value of His Stock, Petitioner; EITINGON SCHILD Co., INC., Respondent.— Order denying petitioner-appellants' motion for discovery and inspection of books, papers and records of Eitingon Schild Co., Inc., unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of BORIS SAID and Others, Stockholders in the EITINGON SCHILD Co., INC., for the Appointment of Three Persons to Appraise the Value of Their Stock, Petitioners, Appellants. In the Matter of the Application of ISIDOR TACHNA, a Stockholder of EITINGON SCHILD Co., INC., for the Appointment of Appraisers to Appraise the Value of His Stock, Petitioner; EITINGON SCHILD Co., INC., Respondent.— Order granting motion of Eitingon Schild Co., Inc., for the issuance of letters rogatory to take testimony upon interrogatories of certain witnesses in Leipzig, Germany, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ARTHUR BERENSON and Another, Appellants, v. WILLIAM H. CHOROSH and Another, Defendants, Impleaded with SAMUEL D. LEIDESDORF, Respondent.— Order granting motion of defendant, respondent, to open his default in answering, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ROSA SANCHEZ, as a Dependent Relative of FRANCISCO SANCHEZ, Respondent, v. W. R. GRACE & COMPANY and GRACE STEAMSHIP COMPANY, Appellants.— Order denying defendants' motion for judgment dismissing complaint, granting cross-motion of plaintiff to restore action to the trial calendar, vacating stay, and order granting motion for resettlement, unanimously reversed, with twenty dollars costs and disbursements, and motion to dismiss complaint granted unless plaintiff within sixty days after service of order with notice of entry pay the costs heretofore awarded to the defendants and remaining unpaid, together with the costs and disbursements of this appeal. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of JOHN B. STEINERT, Appellant, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, Commissioners Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order denying petitioner's motion for a mandamus order directing defendant Municipal Civil Service Commission to correct date of original appointment, directing defendant Commissioner of Plant and Structures to reinstate petitioner as floor foreman at a salary of $2,460, with back pay from April 17, 1934, and for other relief, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.